UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**BANK OF AMERICA, N.A.**, in its capacity as former trustee under the Tibstra Exempt Trust f/b/o Lawrence Tibstra created under the Restatement dated August 29, 1994 of the Thomas Tibstra Trust

    Plaintiff,

v.                                                                                       Case No: 5:20-cv-592-PGB-PRL

**STEPHEN G. TIBSTRA, LAWRENCE TIBSTRA, LAURA TIBSTRA and JEFFREY TIBSTRA,**

    Defendants.

## ORDER

This case is before the Court for consideration of pro se Defendant Stephen Tibstra's motion entitled "PETITION FOR an INDEPENDENT ACCOUNTING OF ALL ESTATE ASSETS where BANK OF AMERICA MERRILL LYNCH served as TRUSTEE for their entire tenure. (Doc. 75).

The Court's initial review reveals that Defendant's motion lacks the certification required by Local Rule 3.01(g), which not only requires a good faith conference to resolve the matters raised by the motion, but also a certification stating whether the relief sought is opposed. Despite proceeding pro se, Mr. Tibstra is expected to comply with both the letter and spirit of Local Rule 3.01(g).

Accordingly, Defendant's motion (Doc. 75) is DENIED.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on April 5, 2023.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties